UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT NO: 1:26-cr-071 |
| | ) | |
| PAUL B. LAW | ) | |

**GOVERNMENT'S MOTION TO UNSEAL INDICTMENT AND RELATED PAPERS**

NOW COMES the United States of America, by and through Margaret E. Heap, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, and respectfully requests this Honorable Court to unseal the Indictment which was returned by the Grand Jury for the Southern District of Georgia on or about October 7, 2026, together with any and all process issued thereunder and the motion to seal and order sealing said documents in the above-styled matter.

In support of its request, the Government represents to the Court that the investigation of the Defendant has concluded and will no longer be compromised by the unsealing of said documents, and these materials will be provided to counsel for the Defendant as part of the discovery materials.

Respectfully submitted this 26th day of October, 2026.

*(signature follows on the next page)*

MARGARET E. HEAP
UNITED STATES ATTORNEY

*/s/ Henry W. Syms, Jr.*

Henry W. Syms, Jr.
Assistant United States Attorney
Georgia State Bar No.: 695009
United States Attorney's Office
Southern District of Georgia
P.O. Box 2017
Augusta, Georgia 30903
T: (706) 724-0571